# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

TYRONE D. HEARD                                                                                          PETITIONER
Reg. #04872-025

v.                                          2:21-cv-00026-LPR-JJV

JOHN P. YATES, Warden,
FCI – Forrest City Low                                                                                   RESPONDENT

## ORDER

      The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed and the time to do so has expired.  After a careful and *de novo* review of the PFRD and the record, the Court concludes the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

      IT IS, THEREFORE, ORDERED that Mr. Heard's § 2241 Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice.

      SO ORDERED this 3rd day of November, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE