# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

TYRONE D. HEARD                                                                                             PETITIONER
Reg. #04872-025

v.                                                    2:21-cv-00026-LPR-JJV

JOHN P. YATES, Warden,
FCI – Forrest City Low                                                                                    RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

SO ORDERED this 3rd day of November, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE